NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WORLDWIDE OILFIELD MACHINE, INC.,**
*Appellant*

**v.**

**AMERIFORGE GROUP, INC.,**
*Appellee*

---

2016-2344

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-00233.

---

## JUDGMENT

---

AARON E. HOMER, Hirsch & Westheimer, PC, Houston, TX, argued for appellant. Also represented by SANDEEP SETH, SethLaw, Houston, TX.

EAGLE HOWARD ROBINSON, Norton Rose Fulbright US LLP, Austin, TX, argued for appellee. Also represented by STEPHANIE DEBROW, MARK T. GARRETT; JONATHAN S. FRANKLIN, Washington, DC; CHARLES BRUCE WALKER, JR., Houston, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  October 24, 2017          /s/ Peter R. Marksteiner
       Date                 Peter R. Marksteiner
                            Clerk of Court